UNITED STATES of America, Plaintiff–Appellee,

v.

Roderick MONROE, Defendant–Appellant.

No. 13–10460

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 29, 2013.

Linda Julin McNamara, Robert E. O'Neill, Tampa, FL, Emmett Jackson

Boggs, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, Roderick Monroe, FCI Estill–Inmate Legal Mail, Estill, SC, for Defendant–Appellant.

Before CARNES, Chief Judge, TJOFLAT and BARKETT, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Roderick Monroe in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Monroe's convictions and sentences are **AFFIRMED**.